IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RONALD E. WILLIAMS**,

**Plaintiff,**

v.

**THE COUNTY OF SALINE, ILLINOIS,**
et al.,

**Defendants.**                                          No. 11-1018-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is a stipulation for dismissal (Doc. 42). Pursuant to the dismissal, the parties request the Court dismiss this case with prejudice with each party to pay its own costs. The Court **ACKNOWLEDGES** the dismissal and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 30th day of July, 2012.

Digitally signed by
David R. Herndon
Date: 2012.07.30
10:01:02 -05'00'

**Chief Judge**
**United States District Court**