IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD E. WILLIAMS,

Plaintiff,

v.

THE COUNTY OF SALINE, ILLINOIS,
et al.,

Defendants.                                             No. 11-CV-1018-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 30, 2012, this case is **DISMISSED**  with prejudice. Each party shall pay its own costs.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:      /s/*Sandy Pannier*
                                          Deputy Clerk

Dated: July 30, 2012

                    Digitally signed by
                    David R. Herndon
                    Date: 2012.07.30
                    10:16:36 -05'00'
APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT